JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JON ERIC TUBO,<br><br>                         Petitioner,<br><br>        v.<br><br>NEIL MCDOWELL, Warden,<br><br>                         Respondent. | Case No.  CV 16-01623-SJO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  January 5, 2017

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE